| *Attorney or Party without Attorney:* JOSHUA S. STAMBAUGH (SBN 233834)<br>FROST LLP<br>10960 Wilshire Blvd., Suite 2100<br>Los Angeles, CA 90024<br>*Telephone No:* (424) 254-0441<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* 284.00001 | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| *Plaintiff:* MARK BIANCHI, an individual<br>*Defendant:* GEOFFREY DIETRICH, an individual., et al | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:25-cv-09741 GW-BFMx |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice To Parties Of Court-Directed ADR Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (ADR); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a. *Party served:* Geoffrey Dietrich
   b. *Person served:* Party in 3.a.

4. *Address where the party was served:* 6732 Palermo Trail, Copper Canyon, TX 75077

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 30 2025 (2) at: 11:55 AM

6. ***Person Who Served Papers:***
   a. Kim Shaw
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. ***The Fee for Service was:*** $342.85

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

10/30/2025 — *(Date)*

Kim Shaw — *(Signature)*